United States District Court
Southern District of Texas
**ENTERED**
May 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LEONARD CHARLES JR., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-95 |
| | § | |
| COBURN SUPPLY COMPANY, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The plaintiff has filed a notice of voluntary dismissal with prejudice (Dkt. 8). *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Pursuant to that notice, this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. **THIS IS A FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 6th day of May, 2019.

_____
George C. Hanks Jr.
United States District Judge